UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | Cause No. 2: 05 CR 25 |
| JEROME GARDNER | ) | |

**GOVERNMENT'S NOTICE OF INFORMATION REGARDING
PRIOR CONVICTIONS, PURSUANT TO 21 U.S.C. SECTION 851(a)**

Comes now the United States of America, by counsel, Joseph S. Van Bokkelen, United States Attorney for the Northern District of Indiana, through Assistant United States Attorney Thomas S. Ratcliffe, and pursuant to 21 U.S.C. § 851(a), provides information regarding a prior convictions that will be relied upon in seeking increased punishment under 21 U.S.C. § 841:

1. On or about September 17, 2001, the Circuit Court of Cook County, Illinois, entered a judgment and conviction against Jerome Gardner for the crime of possession of a controlled substance, in case number 00 C 66179301.

2. On or about August 5, 1998, the Circuit Court of Cook County, Illinois, entered a judgment and conviction against Jerome Gardner for the crime of possession of a controlled substance, in case number 98 C 66102201

Respectfully submitted,

JOSEPH S. VAN BOKKELEN
UNITED STATES ATTORNEY

By:   /s/ Thomas S. Ratcliffe
       Thomas S. Ratcliffe
       Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 22, 2005 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Adam Tavitas
adtavitas@aol.com

Clark Holesinger
clark.holesinger2@verizon.net

                                            /s/ Toni Washington
                                            U.S. Attorney's Office
                                            5400 Federal Plaza, Suite 1500
                                            Hammond, Indiana  46320
                                            (219) 937-5500