UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

**FILED**
JUL 2 7 2005
At_____ M
STEPHEN R. LUDWIG, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cause No. 2:05 CR 25 |
| ) | |
| TIANNA DOXY and ) | |
| JEROME GARDNER ) | |

We, the jury, find the defendant, **JEROME GARDNER,**

1.  ___Guilty___ of knowingly and intentionally
    (Guilty or Not Guilty)

possessing, with intent to distribute, crack cocaine base, as charged in Count 1 of the indictment filed in this case.

If you find the defendant, Jerome Gardner, guilty of knowingly and intentionally possessing, with intent to distribute, crack cocaine base, as charged in Count 1 of the indictment, place an "X" or a check next to any of the following propositions upon which you unanimously find beyond a reasonable doubt:

___X___   The amount of crack cocaine base involved in this offense was fifty (50) grams or more.

_____   The amount of crack cocaine base involved in this offense was five (5) grams or more but less than fifty (50) grams.

_____   The amount of crack cocaine base involved in this offense was less than five (5) grams.

2. _____Guilty_____ of knowingly and intentionally
   (Guilty or Not Guilty)

possessing a mixture and substance containing a detectable amount of marijuana, as charged in Count 3 of the indictment filed in this case.

DATED: July 27, 2005

_[signatures of jurors]_

FOREPERSON