AO 450

# United States District Court

## Northern District of Indiana

Jerome Gardner
        Petitioner

                **JUDGMENT IN A CIVIL CASE**

      v.

                **Case No. 2:08-CV-284 (arising from 2:05-CR-25)**

United States of America
        Respondent

[ ]    **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]    **Decision by Court.**  This action came to trial, hearing or consideration before the Court.  The issues have been tried, heard or considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that Jerome Gardner's U.S.C. 2255 is summarily denied

and dismissed and final judgment is entered dismissing the collateral civil proceeding with prejudice.


                              Stephen R. Ludwig, Clerk


                              By    /s/ Sue Alcala
                                       Deputy Clerk

**Post Judgment Interest Rate**: N/A

This document entered pursuant to Rules 79(a) and 58
of the Federal Rules of Civil Procedure on **June 19, 2009**.