FILED
JAN 10 2019
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

①

Dear Judge Moody,

I am writing in regards to being resentenced pursuant to 21 U.S.C. 3582 & the Prison Reform Bill the president, Mr. Trump signed into law on Dec 21, 2018: which makes the Fair Sentencing Act of 2010 retroactive.

During the month of July 2005, I was found guilty of possessing with the Intent to Distribute 50 or more grams of Crack Cocaine (specifically 167 grams). For this offense, I was sentenced to a mandatory term of Life imprisonment.

Up until now, I have served 14 years on this sentence, and have sincerely learned my lesson. I've lost my grandmother, mother, and grandfather to death. And the relationships with my family, siblings, and children are steadily deteriorating as the years go on. Through this prison term, I have yet to recieve a family visit... based solely on the fact that I've been so far away from home. I've missed the entire process of my 2 children growing up; a daughter who has graduated high school & is attending college at the University of Missouri. And a son who has graduated high school & is probably on the course I was many years ago. This is not the life I want for my son Judge & it would mean the world to be there to keep him from heading down


that path.

During my incarceration, I have made myself both a better father & citizen by taking & attending over a 100 self-help & rehabilitation courses such as Parenting, Anger Management, Stress Management, Drug courses, Banking, Person Finance, Checking, Money Management, Resume Writing. I have even taken trades such as CDL Truck Driving, Fitness Trainer, and Car Maintenance.

During the bulk of my spare time, I also continue my growth by reading self-help books such as Rich Dad Poor Dad, Think and Grow Rich, The Seven Habits of Successful People, and As A Man Think; which have all given me great insight on living & maintaining a legitimate lifestyle. Because you & I both know that crime doesn't pay LOL!!

Speaking of such --- Mr. Moody, I am so so sorry for all the lives I've damaged with my irresponsible acts, including the life of my own. I could have been so much better. A better father, a better son, and a much more productive citizen. But without this sentence, I would have never known the hardships I've faced, nor would I have been this remorseful.

Honestly, Mr. Moody, you've made me a better man. And for that, I thank you. Because I was at a point in my life where I really needed that wake up call. And because of

you, I am now a far better person. A honest, hard-working, and loving citizen, who would love nothing more than a second chance at life.

Ultimately, I know the choice is yours. But I ask that you please keep in mind that I've spent 14 years in prison. I admit to you, I was wrong for my past behaviors. I've learned my lesson. And truly believe that more time would do nothing more than deprive society of another honest man, who wants nothing more than to offer his share & be redeemed for his irresponsible past.

As I mentioned before, I have truly spent my time away bettering myself. And if you find yourself humble enough to give me a second chance, I can promise, you will not be disappointed. I have even did so much as to secure employment immediately upon my release. My fiance, AMY ANDERSON (#402-601-4099) is the manager at 4 CRICKET WIRELESS LOCATIONS in Lincoln, Nebraska & has already talked to her boss who has promised my employment.

Therefore, I will have steady work & income upon my Release.

Based on all the above, I ask humbly, that you please reduce my life sentence in accordance with the new guidelines & 841 statue, which was changed by the Fair Sentencing Act. Under the current

statue/law ... if I was sentenced today, I would only have a 5 year Mandatory sentence as opposed to the current Life term. I have already served 14 years in prison, which is nearly 3 times the amount mandated.

As I've noted before, I've learned my lesson and ask by the grace of God, that you please find it in your heart to grant me time served & immediate Release. I promise you, you will not be sorry.

THANK YOU,
JEROME GARDNER

GOD BLESS YOU!

NAME: Jerome Gardner
REG# 08310-027
FEDERAL TRANSFER CENTER
P.O. BOX 898801
OKLAHOMA CITY, OK 73189-8801

★ Legal ★
  Mail

Judge Moody
US District Court
5400 Federal Plaza
Suite 2300
Hammond, IN 46320

OKLAHOMA CITY OK 730
31 DEC 2018 PM 3 L

